# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JUSTIN J. HARPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:20-cv-00660-SRC |
| | ) |
| TRANSPORTATION OFFICER | ) |
| (DRIVER), et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on review of plaintiff Justin J. Harper's pro se complaint, filed pursuant to 42 U.S.C. § 1983. Plaintiff has neither paid the filing fee nor submitted an application to proceed in district court without prepaying fees or costs. *See* 28 U.S.C. § 1915(a)(1). In order to continue with his case, plaintiff must either pay the full filing fee, or file an application to proceed without prepayment. If plaintiff files an application to proceed without prepayment, he must also submit a copy of his inmate account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff will be given thirty days in which to comply. Failure to comply will result in the dismissal of this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to plaintiff a copy of the Court's Application to Proceed in District Court without Prepaying Fees or Costs form.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit an application to proceed in district court without prepaying fees or costs within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff submits an application to proceed without prepayment, he must also submit a certified copy of his inmate account statement for the six-month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this order, the Court will dismiss this action without prejudice and without further notice. If the case is dismissed, the dismissal will not constitute a "strike" under 28 U.S.C. § 1915(g).

Dated this 20th day of May, 2020.

／s／ SL R. CL
_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE